# GARNISHEE'S ANSWER
Commonwealth of Virginia   Va. Code § 8.01-511, -515

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
October 06, 2021
JULIA C. DUDLEY, CLERK
BY: s/ S. Neily
    DEPUTY CLERK

**TO THE GARNISHEE:**
1. Do <u>not</u> make checks payable to the Court. Make checks for monies withheld on garnishments payable to the name of the judgment creditor (plaintiff) as shown to the right.
2. Use this form for your answer/response.
3. Please record the **Case Number and Return/Hearing Date** on all checks and answers to be submitted to the court.
4. Please mail checks or responses to the Court listed on the Garnishment Summons.

[ ] Enclosed is a check made payable to the within-named judgment creditor for $ ............... which is the amount withheld from the judgment debtor.

[X] The garnishee holds no money or other property of the judgment debtor. **NO ACCOUNTS**

[ ] The garnishee does not have sufficient information to reasonably identify the judgment debtor.
    Explain: ...............

[ ] The judgment debtor was not employed by the garnishee during the period from the service of the summons until the return date.

[ ] The judgment debtor's wages, salary, other compensation, or other debt due or property of the judgment debtor, is not specified in the Garnishment Summons.

[ ] The debtor's "disposable earnings" are less than the amount statutorily exempt from garnishment.

[ ] The garnishee is currently deducting the maximum amount for an existing summons:
    DATED: ............ RETURN DATE: ............ FROM: ............ COURT

[ ] The judgment debtor has filed a bankruptcy petition.

[ ] The judgment debtor account is: [ ] a solely owned account. [ ] a joint account held with ............ of ............ containing $ ............ funds.

[ ] The funds held by the garnishee include direct deposited federal benefits that are protected under federal law from garnishment. (Please specify the specific exemption, account balance, and protected amount, if applicable; attach as necessary.) ............

**10-04-2021**                     **Angie Rorrer** (SIGNATURE)
DATE
**Angie Rorrer, Deposit Operations Specialist**
(PRINT OR TYPE) NAME AND TITLE OF PERSON SIGNING THIS ANSWER

**TO THE GARNISHEE OF PROPERTY OTHER THAN WAGES, SALARIES, COMMISSIONS OR OTHER EARNINGS:** If the summons contains either the social security number or taxpayer identification number of the judgment debtor, **or** the name and address of the judgment debtor, as either appears in your records, the summons shall be deemed to contain information sufficient to enable you to reasonably identify the judgment debtor. If sufficient or accurate information to enable you to reasonably identify the judgment debtor is provided, you **shall** (i) answer to the court, (ii) state what your records show as the last known address for the judgment debtor, and any other information you deem relevant, and (iii) **send to the judgment debtor at the last known address** a copy of this Answer to the court. This information can be provided on the reverse of this form.
   In compliance with § 8.01-511.1, provide last known address for the judgment debtor and any other information deemed relevant based on the garnishee's records:

............
............

FORM DC-456 REVISED 10/17   (A202133 12/19)

---

| RETURN DATE | CASE NO. |
|---|---|
| 11-08-21 | 7:19-cv-00388 |

## GARNISHEE'S ANSWER

**Kroger Limited Partnership I**
JUDGMENT CREDITOR

v.

**Donna Dawson**
JUDGMENT DEBTOR

**Carter Bank & Trust**
P.O. Box 1776
Martinsville, Virginia 24115-1776
GARNISHEE

COMPLETE AS LISTED ON GARNISHMENT SUMMONS:

US District Court, Western District of VA
Roanoke Division
COURT NAME

210 Franklin Rd SW Ste 540
Roanoke VA 24011
COURT ADDRESS

NOT Provided
COURT TELEPHONE NUMBER

**ATTORNEY FOR GARNISHEE**

............
............

**GARNISHMENT SUMMONS**
Commonwealth of Virginia

Case No. 7:19-cv-00388

US District Court, Western District of Virginia, Roanoke Division
210 Franklin Rd. S.W., Ste. 540, Roanoke, VA 24011
COURT ADDRESS

| JUDGMENT CREDITOR: | JUDGMENT DEBTOR: |
|---|---|
| Kroger Limited Partnership I | Donna Dawson |
| 1014 Vine St. | 1245 Lakewood Forest Road |
| Cincinnati, OH 45202 | Moneta, VA 24121 |
| Telephone No. 312-428-2750 | |

JUDGMENT CREDITOR'S ATTORNEY:
Brandy Rapp, Whiteford, Taylor & Preston, LLP
10 S. Jefferson St., #1110, Roanoke, VA 24011
Christopher S. Griesmeyer, Greiman, Rome & Griesmeyer
205 W. Randolph St., #2300, Chicago, IL 60606
Telephone No. (540) 759-3577/(312) 428-2750

Soc. Sec. No. XXX-XX-3237
Garnishee: Carter Bank & Trust
135 Scruggs Rd
Moneta, VA 24121

November 8, 2021
Return Date — HEARING DATE AND TIME

STATEMENT:
| | |
|---|---|
| Judgment Principal: | $ 5,650.60 |
| Credits | 0.00 |
| Interest | 0.34 |
| Judgment Costs | 10.00 |
| Attorney's Fee | |
| Garnishment Costs | |

This is a garnishment against (check only one):
[ ] the judgment debtor's wages, salary or other compensation.
[X] some other debt due or property of the judgment debtor, specifically, funds contained within judgment debtor's bank accounts

TOTAL BALANCE DUE $ 5,660.94
The garnishee shall rely on this amount.

MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT
[ ] Support
[ ] 50% [ ] 55% [ ] 60% [ ] 65%
(if not specified, then 50%)
[ ] state taxes, 100%

August 13, 2021
DATE OF JUDGMENT

If none of the above are checked, then § 34-29(a) (on reverse) applies.
TO ANY AUTHORIZED OFFICER: You are hereby commanded to serve this summons on the judgment debtor and the garnishee.
TO THE GARNISHEE: You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the return date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) You shall not be liable to the judgment creditor for any property not specified in this garnishment summons. (3) If the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and are payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

09/29/2021
DATE OF ISSUANCE OF SUMMONS

JULIA C. DUDLEY, CLERK OF COURT
s/ S. Neily
Deputy Clerk

DATE OF DELIVERY OF WRIT OF FIERI FACIAS TO SHERIFF
IF DIFFERENT FROM DATE OF ISSUANCE OF THIS SUMMONS

**WRIT OF FIERI FACIAS** TO ANY AUTHORIZED OFFICER: You are commanded to execute this writ and to make from the intangible personal estate of the judgment debtor(s) the principal, interest, costs and attorney's fees, less credits, as shown in the Garnishment Summons. You are further commanded to make your return to the clerk's office according to law.
Homestead Exemption Waived? [ ] Yes [ ] No [ ] Cannot be demanded

_____, Clerk
DATE                                    by _____
                                              DEPUTY CLERK

**SERVICE COPY**

FORM CC-1486 (MASTER, PAGE 1 OF 2) 1/07
VA. CODE §§ 8.01-511, -512.3