# U. S. DISTRICT COURT

## Western District of Virginia

Office of the Clerk
210 Franklin Road SW, Suite 540
Roanoke, Virginia    24011

*Julia C. Dudley*  *Voice: 540/857-5100*
*Clerk of Court*  *Facsimile:   540/857-5110*

FIRST HORIZON BANK
Attn: Legal Services Department
PO Box 1469
Knoxville, TN 37901

October 28, 2021

Dear Sir or Madam,

     This office received check #907708069 in response to a garnishment summons entered in civil action number *7:19-cv-00388, Dawson v. Kroger Limited Partnership I*.

     Any money submitted to the United States District Court must be done in compliance with a court order. A garnishee must deliver any payment to the judgment creditor. This check is being returned to your office for reissue.

     Please contact the judgment creditor named on the summons, and/or their representative counsel to determine the preferred location where payment should be sent.

     If you have other questions, please contact the financial office at: 540.857.5100 x5314.

Sincerely,

By: **/s/Financial Specialist**
Deputy Clerk

enc:    Check #907708069 in the amount of $1,944.11
        Garnishment Order, docket entry #100, Re: 7:19-cv-00388

cc:    mail log
       file

nef:    All counsel of record